WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '10 FEB 02 16:04 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MATTHEW STROBEN,**                CV # 08-1145-HO

    Plaintiff,

vs.                                         ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $6,775.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    DATED this 2nd day of Feb., 2010.

/s/ Michael R. Hogan
United States District Judge

Submitted on February 1, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1